**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Curtis LESTER, Defendant–Appellant.**

**No. 09–15409
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 7, 2010.

James W. Smith, III, Donna Lee Elm, Federal Public Defenders, Orlando, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

---

994

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Curtis Lester in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Lester's supervised release and corresponding sentence are **AFFIRMED.**